Randy P. Orlik
rorlik@coxcastle.com
Susan S. Davis
sdavis@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2029 Century Park East, Suite 2100
Los Angeles, California 90067-3284
Telephone: (310) 284-2200
Facsimile: (310) 284-2100

Attorneys for Secured Creditor
West Tasman Drive 10 Corp.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| In re:<br><br>HERITAGE 10 WEST TASMAN, LLC,<br><br>Debtor | Case No. 24-50488<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY**<br><br>Date: September 10, 2024<br>Time: 10:00 a.m.<br>Place: 280 South First Street, Courtroom 10, San Jose, California<br>Judge: Hon. Stephen L. Johnson |

TO: THE DEBTOR, THE U.S.TRUSTEE, CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT on Tuesday, September 10, 2024, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Stephen L. Johnson, United States Bankruptcy Judge, located at 280 South First Street, Courtroom 10 San Jose, California, WEST TASMAN DRIVE 10 CORP., successor-in-interest to Copia Lending, LLC ("Secured Creditor") will move the Court for relief from the automatic stay that arose upon the commencement of the above Debtor's bankruptcy case so as to permit it to

complete a foreclosure sale of the commercial building located at 10 W. Tasman Drive, San Jose, California ("Motion").

NOTICE IS FURTHER GIVEN that the hearing on this matter will take place in-court using hybrid technology. Each party or lawyer can elect to appear in person in court, or remotely by video/telephone. In-person appearances are not required but are optional. The hearing will be conducted in the presiding judge's courtroom.

PLEASE TAKE FURTHER NOTICE THAT the Debtor must appear personally or through counsel at the above hearing.

PLEASE TAKE FURTHER NOTICE THAT if no opposition is presented at the hearing, the Court may grant the Motion by default.

PLEASE TAKE FURTHER NOTICE THAT Secured Creditor has requested that the Court relieve it of the 14 day stay provided by Fed. R. Bankr. P. 4001(a)(3).

Copies of Secured Creditor's moving papers are available upon request to the undersigned counsel.

DATED: August 19, 2024 COX, CASTLE & NICHOLSON LLP

By: /s/ Randy Orlik
Randy P. Orlik
Susan S. Davis
Attorneys for Secured Creditor
West Tasman Drive 10 Corp.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

086819\17882285v1

- 2 -

NOTICE 24-50488

Case: 24-50488    Doc# 53    Filed: 08/20/24    Entered: 08/20/24 12:00:59    Page 2 of 2